# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT D. JOHNSON,                  )
                                    )
                    Plaintiff,      )
                                    )
          v.                        )     1:09CV987
                                    )
BOYD BENNETT, et al.,               )
                                    )
                    Defendants.     )

## ORDER

On December 29, 2009, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Plaintiff's objections[1] de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that this action is dismissed sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, in a proper district.

William L. Osteen, Jr.
**United States District Judge**

April 6, 2010

---

[1]This court further notes the objections were filed by "Jorge Geleas Jr. . . . on behalf of all plaintiffs." Jorge Geleas Jr. is hereby cautioned that unless he is an attorney admitted to practice in this court (See LR 83.1 (c)), he cannot file pleadings on behalf of another litigant.